UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONNIE LUCKETT (#99443)

VERSUS

WARDEN BURL N. CAIN, ET AL.

CIVIL ACTION

NO. 13-722-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 18, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, this action will be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 23 day of June, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 10.
[3] Rec. Doc. 11.